UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAGHVENDRA SINGH, | Case No. 2:24-cv-02390-TLN-JDP |
| Plaintiff, | |
| v. | **ORDER** |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, *et al.*, | |
| Defendants. | |

Plaintiff Raghvendra Singh ("Plaintiff"), a former state prisoner proceeding *pro se*, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 3, 2024, the magistrate judge filed findings and recommendations herein which were served on Plaintiff, and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

The Court has reviewed the file and finds the findings and recommendations to be

supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The Findings and Recommendations (ECF No. 5) are ADOPTED IN FULL;

2. The complaint (ECF No. 1) is DISMISSED without leave to amend for failure to state a cognizable claim; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Date: October 29, 2024

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE